Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Kenn W Kibby

debtor(s)

Chapter 13 Case No. 19-41495-RLE13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

HEARING DATE: September 17, 2019
HEARING TIME: 1:30 pm
LOCATION: Courtroom 201

Leo G. Spanos, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Geoffrey Wiggs on September 10, 2019. Remaining issues:

1. The attorney must file an initial fee application for fees over $4,500.

2. The plan has not been served with 28 days' notice and opportunity to object.

3. Section 3.07(b) must be amended to include the effective date for distributions on pre-petition arrears in month/year format and to include the contractual mortgage payment amount (as per Caliber Home Loans' proof of claim).

4. Sections 7.01 and 7.02 must state which sections are being modified.

5. The Debtor's signatures on the plan must be dated.

6. Section 3.10 must be amended to provide for the direct payment for Debtor's car as listed on line 17a of schedule J for $966.64.

7. The Debtor must amend schedule D (to list the property descriptions, claim amounts, values, and unsecured portions), H (to select the appropriate community property state), and J (to show feasibility). Mr. Wiggs is aware of the aforementioned issues and will work on resolving them prior to confirmation.

Date: September 10, 2019

/s/ Leo G. Spanos
Signature of Leo G. Spanos
Staff Attorney for Martha G. Bronitsky

| 1 | In re | |
|---|---|---|
| 2 | Kenn W Kibby    debtor(s) | Chapter 13 Case No. 19-41495-RLE13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Kenn W Kibby
3359 Lookout Point Loop
Discovery Bay,CA 94505

(Debtor(s))

Geoffrey Wiggs Atty
1900 S Norfolk St #350
San Mateo,CA 94403

(Counsel for Debtor)

Date: 9/10/2019

/s/ Martha Silva
Martha Silva